## LANCASTER v. LANCASTER.
### No. 2154.

Court of Civil Appeals of Texas. Eastland.
June 13, 1941.

Fred O. Jaye, of De Leon, for appellant.
Oscar Callaway, of Comanche, for appellee.

LESLIE, Chief Justice.

This is a suit by Bessie Lancaster against James Edward Lancaster for divorce, custody of children, and adjustment of property rights. The judgment below was in favor of the plaintiff and the defendant has appealed.

Appellant has filed no briefs in the case and the appeal will, therefore, be dismissed upon the authority of Haynes v. J. M. Radford Groc. Co., 118 Tex. 277, 14 S.W.2d 811. It is so ordered.